IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., )<br>Plaintiff, )<br>)<br>v. )<br>)<br>LARA SPORT HOUSE CORPORATION, )<br>a Virginia entity d/b/a Tu Casa Restaurant, )<br>Defendant. ) | Civil Action No. 1:10cv1369 |

## JUDGMENT ORDER

Upon consideration of the August 26, 2011 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the August 26, 2011 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff and against defendant in the total amount of $20,293.79.

The Clerk is **DIRECTED** to enter judgment, pursuant to Rule 58, Fed. R. Civ. P., and to place this matter among the ended causes.

The Clerk is further **DIRECTED** to send a copy of this Judgment Order to defendant, the Magistrate Judge and all counsel of record.

Alexandria, VA
September 14, 2011

/s/
T. S. Ellis, III
United States District Judge